**TROUTMAN PEPPER
HAMILTON SANDERS LLP**
Stephen J. Steinlight
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
*Attorneys for Defendant Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN CRAWFORD, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　-v-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC and JOHN DOES 1-25,<br><br>　　　　　　Defendants. | Civil Action No.: |

**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S
<u>NOTICE OF REMOVAL</u>**

TO:　　THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Portfolio Recovery Associates, LLC ("PRA"), by counsel, hereby removes this civil action, pending in the Superior Court of New Jersey for the County of Monmouth, Law Division, Docket No. MON-L-000568-23 (the "State Court Action"), to the United States District Court for the District of New Jersey. Removal is proper because this Court has subject matter jurisdiction over the action under federal question jurisdiction. *See* 28 U.S.C. § 1331. Accordingly, PRA removes this action to this Court, and in support thereof, states the following:

## I. BACKGROUND

1. Pursuant to L. Civ. R. 10.1(a), the addresses of the named parties are as follows:

    a. John Crawford ("Plaintiff"), c/o Joseph K. Jones, Esq., JONES, WOLF & KAPASI, LLC, Counsel for Plaintiff, 375 Passaic Avenue, Suite 100, Fairfield, New Jersey 07004.

    b. Defendant PRA is a limited liability company located at 120 Corporate Boulevard, Norfolk, Virginia, 23502.

2. Plaintiff commenced the State Court Action against PRA by filing a Complaint in the Superior Court of New Jersey for the County of Monmouth, Law Division, on February 24, 2023 (the "Complaint"). A copy of all process, pleadings, and orders served on PRA is hereto as **Exhibit A**.

3. On February 27, 2023, PRA's registered agent in New Jersey was served with the Complaint.

4. This Notice of Removal is being filed within thirty days of service of the Complaint on Defendant. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

5. The above-captioned action is a suit for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

## II. FEDERAL QUESTION JURISDICTION

6. This Court has original jurisdiction over Plaintiff's FDCPA claim pursuant to 28 U.S.C. § 1331, which states that federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Removal of this action is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to

the district court of the United States for the district and division embracing the place where such action is pending."

8. In his Complaint, Plaintiff alleges PRA violated various provisions of the FDCPA by filing debt collection lawsuits after the statute of limitations to bring such a suit had expired and by filing debt collection lawsuits in improper venues. *See* Ex. A at ¶¶ 12, 52-60.

9. Federal question jurisdiction exists over this action because the allegations asserted by Plaintiff in the Complaint involve questions that will require resolution of significant, disputed issues arising under federal law. This case qualifies for federal question jurisdiction and is removable because Plaintiff's Complaint alleges claims under, and requires a ruling on, the FDCPA.

10. Pursuant to 28 U.S.C. § 1441(b), removal is proper irrespective of the citizenship or residence of the parties.

### III. VENUE

11. Venue is proper in this Court because this district and division encompass the Superior Court of New Jersey for the County of Monmouth, Law Division, the forum from which the case has been removed. *See* 28 U.S.C. § 1441.

### IV. NOTICE

12. Concurrent with the filing of this Notice, PRA will file a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of New Jersey for the County of Monmouth, a copy of which is attached hereto as **Exhibit B**.

13. Upon information and belief, the contents of **Exhibit A** and **Exhibit B** constitute the entire file of the action pending in the state court as required pursuant to 28 U.S.C. §1446(a).

WHEREFORE, PRA hereby removes this action to this Court.

Dated: March 28, 2023  By: */s/ Stephen J. Steinlight*
New York, New York  Stephen J. Steinlight
 TROUTMAN PEPPER
 HAMILTON SANDERS LLP
 875 Third Avenue
 New York, New York 10022
 Telephone: (212) 704-6000
 Facsimile: (212) 704-6288
 Email: stephen.steinlight@troutman.com

 *Attorney for Defendant*
 *Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and sent, via FedEx Overnight Mail, to the following party. Service of the foregoing was within the time prescribed by the Rules of the Court.

>Joseph K. Jones, Esq.
>JONES, WOLF & KAPASI, LLC
>*Counsel for Plaintiff*
>375 Passaic Avenue, Suite 100
>Fairfield, New Jersey 07004

I certify that I am not aware of the claims specifically asserted in the Complaint being the subject of any other action pending in this Court. PRA reserves its right to seek arbitration in this matter.

>*/s/ Stephen J. Steinlight*
>Stephen J. Steinlight

147721306